# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| TED EUSTACE RICKY FRANCIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 04-LSC-RRA-2445-M |
| | ) |
| JOHN ASHCROFT, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER OF DISMISSAL

In accord with the Memorandum Opinion entered contemporaneously herewith, the respondent's motion to dismiss is **GRANTED**, and this petition for writ of habeas corpus is **DISMISSED.**

Costs are taxed to petitioner.

Done this  5th  day of January 2005.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE